IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

WESTON WAGLER,

    Plaintiff,

v.

Case No. 3:19-cv-472

ANDREW SAUL,
Commissioner of Social Security,

    Defendant.

ORDER ON THE PARTIES' JOINT MOTION FOR REMAND FOR FURTHER PROCEEDINGS PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g)

Pursuant to the parties' joint motion to remand this action, this Court now, upon substantive review, hereby enters an order under sentence four of 42 U.S.C. § 405(g) reversing the Commissioner's decision with a remand of the cause to the Commissioner according to the following terms. *See Shalala v. Schaefer*, 509 U.S. 292, 296 (1993); *Melkonyan v. Sullivan*, 501 U.S. 89, 97-98 (1991).

On remand, an Administrative Law Judge (ALJ) will proceed through the sequential disability evaluation process as appropriate and issue a new decision. If warranted, the ALJ will obtain supplemental vocational expert testimony.

SO ORDERED this 10TH day of DECEMBER, 2019.

_____
Honorable James D. Peterson
United States District Court Judge